No. 84–1105. New Mexico v. Baker, Secretary of the Treasury. C. A. 10th Cir. Certiorari denied.

No. 84–1108. Wenturine v. Parfett et al. C. A. 3d Cir. Certiorari denied.

No. 84–1109. Bothke v. Racca. C. A. 9th Cir. Certiorari denied.

No. 84–1147. Simmons Fastener Corp. v. Illinois Tool Works, Inc. C. A. Fed. Cir. Certiorari denied.

No. 84–1235. Waterman v. United States. C. A. 8th Cir. Certiorari denied.

No. 84–1249. Norris et al. v. United States. C. A. 4th Cir. Certiorari denied.

No. 84–1280. Bolden v. Tarrant County Department of Human Resources. Ct. App. Tex., 2d Sup. Jud. Dist. Certiorari denied.

No. 84–1367. Guerra et al. v. Garcia et al. C. A. 5th Cir. Certiorari denied.

No. 84–1384. Pyramid Lake Paiute Tribe of Indians v. Carson-Truckee Water Conservancy District et al. C. A. 9th Cir. Certiorari denied.

No. 84–1412. McDonald v. United Air Lines, Inc., et al. C. A. 7th Cir. Certiorari denied.

No. 84–1414. Haberman et al. v. Chemical Bank et al. Sup. Ct. Wash. Certiorari denied.

No. 84–1417. San Jose Unified School District et al. v. Diaz et al. C. A. 9th Cir. Certiorari denied.